Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; WILBUR L. ROSS, JR., IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF COMMERCE; UNITED STATES DEPARTMENT OF COMMERCE; MARK A. MORGAN, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | Ct. No. 20-00032 |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                            **/s/ Mario Toscano**
                                            Clerk of the Court

                                            Name, Address and Telephone Number of
                                            Plaintiff's Attorney

<u>February 4, 2020</u>
    DATE

                                            <u>/s/ Jeffrey S. Grimson</u>
                                            Kristin H. Mowry
                                            Jeffrey S. Grimson
                                            Jill A. Cramer
                                            James C. Beaty
                                            Bryan P. Cenko
                                            Mowry & Grimson, PLLC
                                            5335 Wisconsin Avenue, NW, Suite 810
                                            Washington, D.C. 20015
                                            202-688-3610
                                            trade@mowrygrimson.com
                                            *Counsel to Prime Source Building Products, Inc.*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017).