IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

|  |  |  |
|---|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES, DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; WILBUR L. ROSS, JR., IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF COMMERCE; UNITED STATES DEPARTMENT OF COMMERCE; MARK A. MORGAN, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION, | ) ) ) ) ) ) ) ) ) ) ) ) | Ct. No. 20-00032 |
| Defendants. | ) ) | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Stephen C. Tosini, hereby enters an appearance as of counsel for defendants and requests that all papers in connection with action be served at the address below.  Tara K. Hogan remains principal attorney of record.

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              JEANNE E. DAVIDSON
                                              Director

                                              /s/  TARA K. HOGAN
                                              Assistant Director

/s/  STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 616-5196
stephen.tosini@usdoj.gov

February 5, 2020                    Attorneys for Defendants