UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | Court No. 20-00032 |

## ANSWER OF PROPOSED DEFENDANT-INTERVENOR AMERICAN STEEL NAIL COALITION

American Steel Nail Coalition, by and through its attorneys, hereby answers the Amended Complaint filed by Plaintiff PrimeSource Building Products, Inc. ("PrimeSource"), PrimeSource's Compl. (Feb. 11, 2020), ECF No. 22, as follows:

### I. SUMMARY

1. Paragraph 1 consists of legal conclusions that do not require an answer. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

2. Paragraph 2 consists of legal conclusions that do not require an answer. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

3. Paragraph 3 consists of legal conclusions that do not require an answer. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

1

4. Paragraph 4 (including its subparts) consists of legal conclusions and non-factual characterizations that do not require an answer. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

## II. JURISDICTION

5. This paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

6. The cited statute speaks for itself.

7. Admits that the Commerce Department is a federal agency. The remainder of this paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

8. Admits that U.S. Customs and Border Protection is a federal agency. The remainder of this paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

9. This paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

10. This paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

11. This paragraph contains conclusions of law and non-factual characterizations, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

12. This paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

13. This paragraph contains conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

### III.   PARTIES

14. No answer is required to Plaintiff's characterization of its business and operations. To the extent the paragraph otherwise may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies.

15. Admits

16. Admits.

17. Admits.

18. Admits.

19. Admits.

20. Admits.

## IV. STANDING

21. Paragraph 21 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

22. Paragraph 22 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

23. Paragraph 23 consists of conclusions of law and characterizations of Plaintiff's business and operations, to which no response is required. To the extent characterizations of Plaintiff's business and operations may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

24. Paragraph 24 consists of conclusions of law and characterizations of Plaintiff's business and operations, to which no response is required. To the extent characterizations of Plaintiff's business and operations may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

25. Paragraph 25 consists of conclusions of law and characterizations of Plaintiff's business and operations, to which no response is required. To the extent characterizations of

Plaintiff's business and operations may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

26. Paragraph 26 consists of conclusions of law and characterizations of Plaintiff's business and operations, to which no response is required. To the extent characterizations of Plaintiff's business and operations may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

27. Paragraph 27 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

### V. TIMELINESS OF ACTION

28. With respect to the first sentence, admits that this action has been filed within two years of January 24, 2020, the date the President issued Proclamation 9980. The second sentence consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

## VI. STATEMENT OF FACTS

### A. Section 232 of the Trade Expansion Act of 1962

29. Paragraph 29 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

30. Paragraph 30 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

31. Paragraph 31 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

32. Paragraph 32 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

33. Paragraph 33 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

34. Paragraph 34 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

35. Paragraph 35 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

36.     Paragraph 36 consists of conclusions of law, to which no answer is required.  To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

37.     Paragraph 37 consists of conclusions of law, to which no answer is required.  To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

38.     Paragraph 38 consists of conclusions of law, to which no answer is required.  To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

39.     Paragraph 39 consists of conclusions of law, to which no answer is required.  To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

**B.     Commerce's 2017 Investigation Under Section 232**

40.     Admits.

41.     With respect to the first sentence, admits.  As to the remainder of this paragraph, denies the characterization of the cited Federal Register notice, public comments, and hearing transcript, which speak for themselves.  With respect to the last textual sentence, defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies.  To the extent a response is deemed required, proposed defendant-intervenor denies the allegations in this paragraph.

42.     Paragraph 42 consists of conclusions of law and non-factual characterizations, to which no answer is required.  To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

43. Paragraph 43 consists of non-factual characterizations and characterizations of Plaintiff's business, operations, and legal strategies, to which no response is required. To the extent characterizations of Plaintiff's business, operations, and legal strategies may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

44. Admits. The cited reports speak for themselves.

45. Paragraph 45 consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

46. Denies Plaintiff's characterization of the cited report, which speaks for itself.

47. Denies Plaintiff's characterization of the cited report, which speaks for itself.

48. Denies Plaintiff's characterization of the cited report, which speaks for itself.

49. With respect to the first sentence, admits that the Secretary of Defense sent a memorandum to Commerce providing its position on the recommendations contained in the Steel Report. Proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny whether the document was sent on February 18, 2018 and therefore denies. The remainder of this paragraph consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

C. **The 2018 Section 232 Proclamations On Steel and Aluminum**

50. Admits that on March 8, 2018, the President issued Proclamation 9704 and Proclamation 9705, imposing 10 percent *ad valorem* and 25 percent *ad valorem* tariffs on U.S. imports of certain aluminum and steel products, respectively. Admits that in Proclamation 9740, the President exempted articles of steel from South Korea from the 25 percent *ad valorem* tariff. Admits that in Proclamation 9894, the President exempted articles of steel from Canada and Mexico from the 25 percent *ad valorem* tariff. Denies the remaining factual allegations in this paragraph. The cited Proclamations speak for themselves.

51. Admits that Proclamation 9705 made no reference to the specific derivative articles of steel, including the steel nails. Denies that Proclamation 9705 made no reference to derivative articles of steel. Proclamation 9705 states: "Section 232 of the Trade Expansion Act of 1962, as amended, authorizes the President to adjust the imports of an article and its derivatives that are being imported into the United States in such quantities or under such circumstances as to threaten to impair the national security." 83 Fed. Reg. 11,625, 11,626 (Mar. 15, 2018).

D. **The 2020 Section 232 Proclamation on "Derivative" Steel and Aluminum Articles**

52. Admits only that on January 24, 2020, the President issued Proclamation 9980, imposing 10 percent *ad valorem* tariffs on U.S. imports of certain derivative products manufactured from aluminum and imposing a 25 percent *ad valorem* tariff on U.S. imports of certain derivative products manufactured from steel. Denies the remaining factual allegations in this paragraph. The cited Proclamation speaks for itself.

53. Paragraph 53 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

54. Paragraph 54 consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

55. Paragraph 55 consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

56. Paragraph 56 consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

57. Paragraph 57 consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

58. Paragraph 58 consists of conclusions of law and non-factual characterizations, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

59.     Paragraph 59 consists of non-factual characterizations and characterizations of Plaintiff's business, operations, and legal strategies, to which no response is required. To the extent characterizations of Plaintiff's business, operations, and legal strategies may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

60.     With respect to the first sentence, admits. As to the second sentence, the cited Annexes speak for themselves.

61.     Admits only that PrimeSource filed the present action on February 4, 2020. The remainder of this paragraph consists of non-factual characterizations and characterizations of Plaintiff's business, operations, and legal strategies, to which no response is required. To the extent characterizations of Plaintiff's business, operations, and legal strategies may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

## VII.   STATEMENT OF CLAIMS

### COUNT 1

62.     With respect to Plaintiff's Amended Complaint paragraph 62, paragraphs 1-61 are admitted or denied as discussed above.

63.     Paragraph 63 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

64. Paragraph 64 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

65. Paragraph 65 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

66. Paragraph 66 (including its subparts) consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

67. Paragraph 67 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

68. Paragraph 68 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

69. Paragraph 69 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

## COUNT 2

70. With respect to Plaintiff's Amended Complaint paragraph 70, paragraphs 1-69 are admitted or denied as discussed above.

71. Paragraph 71 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

72. Paragraph 72 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

73. Paragraph 73 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

## COUNT 3

74. With respect to Plaintiff's Amended Complaint paragraph 74, paragraphs 1-73 are admitted or denied as discussed above.

75. Paragraph 75 consists of conclusions of law, to which no answer is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

76. Paragraph 76 consists of conclusions of law and characterizations of Plaintiff's business and operations, to which no response is required. To the extent characterizations of Plaintiff's business and operations may be deemed to contain allegations of fact, proposed defendant-intervenor lacks sufficient knowledge or information to admit or deny and therefore denies. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

77. Paragraph 77 consists of conclusions of law and non-factual characterizations, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

78. Paragraph 78 consists of conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

### COUNT 4

79. With respect to Plaintiff's Amended Complaint paragraph 79, paragraphs 1-78 are admitted or denied as discussed above.

80. Paragraph 80 consists of conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

### COUNT 5

81. With respect to Plaintiff's Amended Complaint paragraph 81, paragraphs 1-80 are admitted or denied as discussed above.

82. Paragraph 82 consists of conclusions of law, to which no response is required. To the extent the paragraph is otherwise deemed to contain any factual allegations, they are denied except to the extent supported by the cited material, which is the best evidence of its content.

### PRAYER FOR RELIEF

The remainder of Plaintiff's Amended Complaint identifies the relief requested by Plaintiff, and, as such, requires no response. If a response is deemed to be required, proposed

defendant-intervenor denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Plaintiff has failed to state a claim upon which relief can be granted.

\*   \*   \*

WHEREFORE, proposed defendant-intervenor respectfully requests that this Court reject all of Plaintiff's claims and dismiss this action with prejudice.

Respectfully submitted,

Dated:  February 27, 2020

*/s/ Adam H. Gordon*
Adam H. Gordon, Esq.
Jennifer M. Smith, Esq.
Ping Gong, Esq.
Lauren Fraid, Esq.

**THE BRISTOL GROUP PLLC**
1707 L Street, NW
Suite 570
Washington, DC 20036
Tel.:  (202) 991-2701
adam.gordon@bristolgrouplaw.com

*Counsel to Proposed Defendant-Intervenor*
*American Steel Nail Coalition*