UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE; THE HONORABLE JENNIFER CHOE-GROVES, M. MILLER BAKER, JUDGES

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC. <br><br>Plaintiff, <br><br>v. <br><br>THE UNITED STATES, DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; WILBUR L. ROSS, JR., IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF COMMERCE;  UNITED STATES DEPARTMENT OF COMMERCE; MARK A. MORGAN, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br>Defendants. | Ct. No. 20-00032 |

**PLAINTIFF'S NOTICE CONCERNING ORAL ARGUMENT**

Plaintiff, PrimeSource Building Products, Inc. ("PrimeSource"), respectfully submits this notice concerning oral argument.  Pursuant to this Court's order upon consideration of the parties' joint notice and proposed briefing schedule, "{o}ral argument will be scheduled at the discretion of the Court at a time mutually convenient to the Court and the parties." Scheduling Order (Feb. 14, 2020), ECF 42.  PrimeSource wishes to inform this Court that, in the interest of obtaining a decision as expeditiously as possible, it is prepared to rest upon the arguments presented in its briefs without oral argument.  Additionally, since commencing this appeal, the impact of COVID-19 on PrimeSource's business has been significant, necessitating conservation of expenditures where at all possible, including legal costs.  Although PrimeSource hopes it can avoid further

expense associated with oral argument, PrimeSource stands ready to participate if this Court determines that such an argument is required in resolving the issues presented in its briefs.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: <u>June 5, 2020</u> | <u>/s/ Jeffrey S. Grimson</u><br>Jeffrey S. Grimson<br>Kristin H. Mowry<br>Jill A. Cramer<br>Sarah M. Wyss<br>James C. Beaty<br>Bryan P. Cenko<br>Wenhui Ji\*<br>Mowry & Grimson, PLLC<br>5335 Wisconsin Avenue, NW, Suite 810<br>Washington, D.C. 20015<br>202-688-3610<br>jsg@mowrygrimson.com<br>*Counsel to PrimeSource Building Products, Inc.*<br><br>*\*Admitted in a jurisdiction outside of D.C. Practice directly supervised by principals of the firm admitted to the D.C. Bar.* |