

**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
202-688-3610
202-595-8968 (fax)
www.mowrygrimson.com

October 23, 2020

Mario Toscano
Clerk of the Court
Office of the Clerk of the Court
United States Court of International Trade
One Federal Plaza New York,
N.Y. 10278-0001

Re: <u>Withdrawal of James Corscaden Beaty as Attorney of Record</u>

Dear Mr. Toscano,

We write this letter to inform the United States Court of International Trade that Mr. James Corscaden Beaty is no longer part of our firm, Mowry & Grimson PLLC. We are filing a Form 18, Notification of Termination of Access to Business Proprietary Information, in all cases in which a Form 17 was filed on behalf of Mr. Beaty.

Mr. Beaty no longer appears as an attorney of record for the below-mentioned parties and should be withdraw from those cases. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,
/s/ Jill A. Cramer

Jill A. Cramer
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW,
Suite 810
Washington, DC 20015
202-688-3610 (ph)
trade@mowrygrimson.com

## List of Cases For Which James Corscaden Beaty Is No Longer Attorney on Record

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 14-cv-00135-TCS | Fine Furniture (Shanghai) Limited v. United States | Fine Furniture (Shanghai) Ltd. |
| 14-cv-00137-TCS | Metropolitan Hardwood Floors, Inc. et al. v. United States | Fine Furniture (Shanghai) Ltd. |
| 14-cv-00138-TCS | Dalian Kemian Wood Industry Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Ltd. |
| 14-cv-00139-TCS | Dalian Huilong Wooden Products Co. Ltd. et al. v. United States | Fine Furniture (Shanghai) Ltd. |
| 14-cv-00172-TCS | Shanghai Lizhong Wood Products Co., Ltd./ The Lizhong Wood Industry Limited Company of Shanghai | Fine Furniture (Shanghai) Ltd. |
| 15-cv-00204-TCS | Dunhua City Jisen Wood Industry Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Limited, Guangdong Yihua Timber Industry Co., Ltd. |
| 15-cv-00210-TCS | Fine Furniture (Shanghai) Limited v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 15-cv-00225-TCS | Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 15-cv-00230-TCS | Old Master Products, Inc. v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 15-cv-00234-TCS | Armstrong Wood Products (Kunshan) Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 15-cv-00236-TCS | Dalian Penghong Floor Products Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Limited |
| 15-cv-00237- | Lumber Liquidators Services, LLC v. | Fine Furniture (Shanghai) Limited |

| | | |
|---|---|---|
| TCS | United States | |
| 15-cv-00238-TCS | Coalition for American Hardwood Parity v. United States | Fine Furniture (Shanghai) Limited |
| 16-cv-00145-RKE | Fine Furniture (Shanghai) Limited v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 16-cv-00146-RKE | Guangdong Yihua Timber Industry Co., Ltd. v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 16-cv-00147-RKE | Changzhou Hawd Flooring Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Limited, and Guangdong Yihua Timber Industry Co., Ltd. |
| 16-cv-00148-RKE | Old Master Products, Inc. v. United States | Fine Furniture (Shanghai) Limited |
| 16-cv-00156-RKE | Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. et al. v. United States | Fine Furniture (Shanghai) Limited |
| 18-cv-00002-JCG | Linyi Chengen Import and Export Co., Ltd. v. United States | Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., and USPLY LLC |
| 18-cv-00011-JCG | Celtic Co., Ltd et al. v. United States | Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., and USPLY LLC |
| 18-cv-00017-JCG | Zhejiang Dehua TB Import & Export Co., Ltd. et al. v. United States | Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest |

| | | |
|---|---|---|
| | | Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., and USPLY LLC |
| 18-cv-00018-JCG | Taraca Pacific, Inc. et al. v. United States | Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., and USPLY LLC |
| 18-cv-00019-JCG | Shandong Dongfang Bayley Wood Co., Ltd. v. United States | Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., and USPLY LLC |
| 18-cv-00176-CRK | Changzhou Trina Solar Energy Co., Ltd. et al. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., and Shanghai JA Solar Technology Co., Ltd. |
| 18-cv-00184-JAR | Canadian Solar Inc. et al. v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Manufacture Inc., CSI Solar Power (China) Inc., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., and Suzhou Sanysolar Materials Technology Co., Ltd. |
| 18-cv-00186-JAR | Sumec Hardware & Tools Co., Ltd. v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar |

| | | |
|---|---|---|
| | | Manufacture Inc., CSI Solar Power (China) Inc., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., and Suzhou Sanysolar Materials Technology Co., Ltd. |
| 18-cv-00187-JAR | Changzhou Trina Solar Energy Co., Ltd. et al. v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Manufacture Inc., CSI Solar Power (China) Inc., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., and Suzhou Sanysolar Materials Technology Co., Ltd. |
| 18-cv-00189-CRK | SolarWorld Americas, Inc. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., and Shanghai JA Solar Technology Co., Ltd. |
| 18-cv-00190-CRK | JA Solar Technology Yangzhou Co., Ltd. et al. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., and Shanghai JA Solar Technology Co., Ltd. |
| 19-cv-00144-RKE | Fusong Jinlong Wooden Group Co., Ltd. et al. v. United States | Yihua Lifestyle Technology Co., Ltd. |
| 19-cv-00146- | Yihua Lifestyle Technology Co., Ltd. | Yihua Lifestyle Technology Co., Ltd. |

| RKE | v. United States | |
|---|---|---|
| 19-cv-00178-JAR | Canadian Solar Inc. et al. v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Power (China) Inc., CSI Solar Power Group Co., Ltd., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., and Suzhou Sanysolar Materials Technology Co., Ltd. |
| 19-cv-00182-JAR | Jinko Solar Co., Ltd. et al. v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Power (China) Inc., CSI Solar Power Group Co., Ltd., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., and Suzhou Sanysolar Materials Technology Co., Ltd. |
| 19-cv-00184-JAR | Changzhou Trina Solar Energy Co., Ltd. et al. v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Power (China) Inc., CSI Solar Power Group Co., Ltd., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing |

| | | |
|---|---|---|
| | | (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., and Suzhou Sanysolar Materials Technology Co., Ltd. |
| 19-cv-00212-JAR | Shelter Forest International Acquisition, Inc. et al. v. United States | Liberty Woods International, Inc., MJB Wood Group, Inc., Patriot Timber Products, Inc., Taraca Pacific, Inc. |
| 19-cv-00214-JAR | IKEA Supply AG v. United States | Liberty Woods International, Inc., MJB Wood Group, Inc., Patriot Timber Products, Inc., Taraca Pacific, Inc. |
| 19-cv-00216-JAR | Taraca Pacific, Inc. et al. v. United States | Liberty Woods International, Inc., MJB Wood Group, Inc., Patriot Timber Products, Inc., Taraca Pacific, Inc. |
| 19-cv-00219-JAR | Shanghai Futuwood Trading Co., Ltd. et al. v. United States | Liberty Woods International, Inc., MJB Wood Group, Inc., Patriot Timber Products, Inc., Taraca Pacific, Inc. |
| 20-cv-00032-TCS-JCG-MMB | PrimeSource Building Products, Inc. v. United States et al. | PrimeSource Building Products, Inc. |
| 20-cv-00079-MAB | Unicatch Industrial Co., Ltd. et al. v. United States | PrimeSource Building Products, Inc. |
| 20-cv-00080-MAB | Romp Coil Nails Industries Inc. v. United States | PrimeSource Building Products, Inc. |
| 20-cv-00594-N/A | Amagic Holographics Inc. v. United States et al. | Amagic Holographics Inc. |
| 20-cv-00633-N/A | Argo Fine Imports, LLC v. United States et al. | Argo Fine Imports, LLC |
| 20-cv-00638-N/A | Kimball Electronics Inc. et al. v. United States et al. | Kimball Electronics Group LLC, Kimball Electronics Inc., Kimball Electronics Indianapolis Inc., Kimball |

|  |  |  |
|---|---|---|
|  |  | Electronics Mexico Inc., Kimball Electronics Tampa Inc |
| 20-cv-00653-N/A | Bernhardt Furniture Company v. United States et al. | Bernhardt Furniture Company |
| 20-cv-00660-N/A | Kimball International, Inc. et al v. United States et al. | Kimball Furniture Group Inc., Kimball Furniture Group LLC, Kimball Hospitality, Inc., Kimball International, Inc., Kimball Office Inc, Kimball Office Kimball Furniture Group Inc., National Office Furniture Inc |
| 20-cv-00667-N/A | Bond Manufacturing Co Inc v. United States et al. | Bond Manufacturing Co Inc |
| 20-cv-00676-N/A | Laminate Technologies, Inc. v. United States et al. | Laminate Technologies, Inc. |
| 20-cv-00683-N/A | Composite Technology Intl Ltd v. United States et al. | Composite Technology Intl Ltd |
| 20-cv-00692-N/A | Kuka Furniture et al. v. United States et al. | Jason Furniture (Hangzhou) Co., Kuka (HK) Trade Co. Limited, Kuka Furniture |
| 20-cv-00717-N/A | Disson Company v. United States et al. | Disson Company |
| 20-cv-00732-N/A | Marine Lumber Co. v. United States et al. | Marine Lumber Co. |
| 20-cv-00742-N/A | Elberta Crate & Box Co. v. United States et al. | Elberta Crate & Box Co. |
| 20-cv-00751-N/A | Melissa & Doug LLC v. United States et al. | Melissa & Doug LLC |
| 20-cv-00760-N/A | Fabuwood Cabinetry Corp v. United States et al. | Fabuwood Cabinetry Corp |
| 20-cv-00771-N/A | New Design Concepts Inc. v. United States et al. | New Design Concepts Inc. |
| 20-cv-00780- | Northwest Hardwoods, Inc. v. United | Northwest Hardwoods, Inc. |

| | | |
|---|---|---|
| N/A | States et al. | |
| 20-cv-00781-N/A | Fredman Bros. Furniture Company, Inc. v. United States et al. | Fredman Bros. Furniture Company, Inc. |
| 20-cv-00796-N/A | Orbit Irrigation Products, LLC v. United States et al. | Orbit Irrigation Products, LLC |
| 20-cv-00808-N/A | Hardwoods Distribution Inc. et al. v. United States et al. | Hardwoods Distribution Inc., Hardwoods Specialty Pdts US LP, Hardwoods Specialty Prdts US LP, Hardwoods Specialty Products US, Paxton Hardwoods LLC, Rugby Holdings LLC |
| 20-cv-00810-N/A | Patriot Timber Products, Inc. v. United States et al. | Patriot Timber Products, Inc. |
| 20-cv-00821-N/A | RAK Industries, Inc. v. United States et al. | RAK Industries, Inc. |
| 20-cv-00836-N/A | Hillsdale Furniture, LLC v. United States et al. | Hillsdale Furniture, LLC |
| 20-cv-00839-N/A | Service Metal Products Co. v. United States et al. | Service Metal Products Co. |
| 20-cv-00853-N/A | HMC Holdings LLC v. United States et al. | HMC Holdings LLC |
| 20-cv-00872-N/A | Synergy Home Furnishings, LLC v. United States et al. | Synergy Home Furnishings, LLC |
| 20-cv-00873-N/A | Holland Southwest International Inc. v. United States et al. | Holland Southwest International Inc. |
| 20-cv-00884-N/A | Taraca Pacific Inc. v. United States et al. | Taraca Pacific Inc. |
| 20-cv-00897-N/A | Hooker Furniture Corporation et al. v. United States et al. | Home Meridian International, Hooker Furniture Corporation |
| 20-cv-00903-N/A | Total Sweeteners, Inc v. United States et al. | Total Sweeteners, Inc |
| 20-cv-00925- | IDX Corporation et al. v. United States | Deckorators, Inc., IDX Corporation, |

| | | |
|---|---|---|
| N/A | et al. | Maine Ornamental LLC, UFP Distribution LLC, UFP International, and UFP Ventures II Inc. |
| 20-cv-00926-N/A | Floor and Decor Outlets of America, Inc. et al. v. United States et al. | FD Sales Company LLC, and Floor and Decor Outlets of America, Inc. |
| 20-cv-00953-N/A | Universal Furniture International et al. v. United States et al. | Craftmaster Furniture, Lacquer Craft Hospitality Inc., Legacy Classic Furniture, and Universal Furniture International |
| 20-cv-00974-N/A | USPLY LLC v. United States et al. | USPLY LLC |
| 20-cv-00993-N/A | Value City Furniture v. United States et al. | Value City Furniture |
| 20-cv-01020-N/A | International Tool Boxes Corporation and Sealine Export & Import Limited v. United States et al. | International Tool Boxes Corporation and Sealine Export & Import Limited |
| 20-cv-01028-N/A | Forest City Trading Group, LLC et al. v. United States et al. | American International Forest Products, LLC, Buckeye Pacific LLC, Forest City Trading Group, LLC, Gopher Mats LLC, Gopher Mats, LLC, Olympic Industries Inc., Richmond International Forest Products, LLC, Seaboard International Forest Products, LLC |
| 20-cv-01097-N/A | Blue Marble Brands et al. v. United States et al. | Blue Marble Brands, SUPERVALU Inc, SUPERVALU International, and SUPERVALU Wholesale Operations, Inc., |
| 20-cv-01119-N/A | Belwith Products, LLC v. United States et al. | Belwith Products, LLC |
| 20-cv-01120-N/A | Wirepath Home Systems et al. v. United States et al. | Control4 Corporation and Wirepath Home Systems |
| 20-cv-01133-N/A | Midwest Custom Bottling LLC v. United States et al. | Midwest Custom Bottling LLC |
| 20-cv-01144- | Target General Merchandise, Inc. et al. | Target General Merchandise, Inc., and |

| | | |
|---|---|---|
| N/A | v. United States et al. | Target Stores, Inc. |
| 20-cv-01152-N/A | Man Wah (Macao Commercial Offshore) LTD et al. v. United States et al. | Man Wah (Macao Commercial Offshore) LTD, and Man Wah (USA), Inc. |
| 20-cv-01183-N/A | Klaussner Furniture Industries, Inc. et al. v. United States et al. | Klaussner Furniture Industries, Inc., and Klaussner International LLC |
| 20-cv-01217-N/A | Magnussen Home Furnishings, Inc. v. United States et al. | Magnussen Home Furnishings, Inc. |
| 20-cv-01220-N/A | Ashley Furniture Industries, Inc. et al. v. United States et al. | Ashley Furniture Industries, Inc., and Ashley Furniture Trading Company, Inc. |
| 20-cv-01251-N/A | Liberty Furniture Industries, Inc. v. United States et al. | Liberty Furniture Industries, Inc. |
| 20-cv-01257-N/A | A.R.T. Furniture Inc. et al. v. United States et al. | A.R.T. Furniture Inc., JC Designs Inc., Rowe Fine Furniture Inc. and Schnadig International Corporation |
| 20-cv-01286-N/A | Advance Apparel International Inc. et al. v. United States et al. | Advance Apparel International Inc. and Time Tex International Inc. |
| 20-cv-01313-N/A | Right Brain Materials LLC v. United States et al. | Right Brain Materials LLC |
| 20-cv-02868-N/A | Broadview Packaging Inc. v. United States et al. | Broadview Packaging Inc. |
| 20-cv-02914-N/A | Trayton America, Inc. et al. v. United States et al. | Trayton America, Inc., and Trayton Furniture (Hong Kong) Limited |
| 20-cv-03053-N/A | Beijing Bell Plumbing Manufacturing Ltd. et al. v. United States et al. | Beijing Bell Plumbing Manufacturing Ltd. and Beijing Better Products International Ltd. |
| 20-cv-02412-N/A | Lurline Bay, LLC v. United States et al | Lurline Bay, LLC |
| 20-cv-03629-N/A | Hobie Cat Company v. United States et al | Hobie Cat Company |