UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
          THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Ct. No. 20-00032 |
| THE UNITED STATES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned

action hereby appeal to the United States Court of Appeals for the Federal

Circuit from the final judgment and accompanying order and opinion, Slip

op. 21-36, entered on April 5, 2021.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director
Commercial Litigation Branch
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tele: (202) 616-2228
Fax: (202) 305-7643
Email: Tara.Hogan@usdoj.gov

June 4, 2021                         Attorneys for Defendants