NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRIMESOURCE BUILDING PRODUCTS, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, GINA M. RAIMONDO, SECRETARY OF COMMERCE, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDERPROTECTION, UNITED STATES CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE,**
*Defendants-Appellants*

---

2021-2066

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00032-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

-------------------------------------------

**OMAN FASTENERS, LLC, HUTTIG BUILDING PRODUCTS, INC., HUTTIG, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE, GINA M. RAIMONDO, SECRETARY OF COMMERCE,**
*Defendants-Appellants*

---

2021-2252

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00037-TCS-JCG-MMB, 1:20-cv-00045-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

Oman Fasterners, LLC, Huttig Building Products, Inc., Huttig, Inc. and PrimeSource Building Products, Inc. filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by Joseph R. Biden, Jr., Commerce, Troy Miller, Gina M. Raimondo, United States

---

[1]   Circuit Judge Cunningham did not participate.

PRIMESOURCE BUILDING PRODUCTS, INC. v. US 3

Customs and Border Protection and the United States. The petition was first referred as a petition to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue June 29, 2023.

FOR THE COURT

June 22, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court