Slip Op. No. 23-101

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PRIMESOURCE BUILDING PRODUCTS, INC.,**<br><br>      Plaintiff,<br><br>  v.<br><br>**UNITED STATES, et al.,**<br><br>      Defendants. | **Before: Jennifer Choe-Groves, Judge**<br>     **M. Miller Baker, Judge**<br>     **Timothy C. Stanceu, Judge**<br><br>**Court No. 20-00032** |

## JUDGMENT

Further to the mandate of the Court of Appeals for the Federal Circuit ("Court of Appeals") in *PrimeSource Building Products, Inc. v. United States*, CAFC Mandate in Appeal No. 21-2066 (July 5, 2023), ECF No. 133, it is hereby

  **ORDERED** that Plaintiff PrimeSource Building Products, Inc.'s claims against the President of the United States be, and hereby are, dismissed without prejudice; it is further

  **ORDERED** that Plaintiff PrimeSource Building Products, Inc.'s Rule 56 Motion for Summary Judgment (Apr. 14, 2020), ECF No. 73, be, and hereby is, denied; it is further

  **ORDERED** that pursuant to USCIT Rule 56.1, judgment be, and hereby is, entered for Defendants United States, the Department of Commerce, Secretary of Commerce Gina Raimondo, U.S. Customs and Border Protection, and Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection Troy A. Miller; and it is further

      **ORDERED** that entries affected by this litigation shall be liquidated in accordance with the decision of the Court of Appeals in *PrimeSource Building Products, Inc. v. United States*, 59 F.4th 1255 (Fed. Cir. 2023).

                                                     /s/ Jennifer Choe-Groves  
                                                     Jennifer Choe-Groves, Judge

                                                     /s/ M. Miller Baker  
                                                     M. Miller Baker, Judge

                                                     /s/ Timothy C. Stanceu  
                                                     Timothy C. Stanceu, Judge

Dated: July 13, 2023  
       New York, New York